3
PETER B. BUNTING #124104
Attorney Names
2304 West Shaw Avenue, Suite 103
Fresno, California 93711
Telephone 559.226.4030
Fax 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtors HUERTA/MARTINEZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| IN RE,<br><br>ROBERTO HUERTA AND<br>KRYSTYNA MARIA MARTINEZ,<br><br>DEBTORS. | Chapter 13<br>Case No.: 23-12433A-13F<br>DC No. PBB-2<br><br>HEARING |
| ROBERTO HUERTA AND<br>KRYSTYNA MARIA MARTINEZ,<br><br>Movant,<br><br>vs.<br><br>CITIBANK, N.A. successor by acquisition of DEPARTMENT STORES NATIONAL BANK,<br><br>Respondent. | Date: January 11, 2024<br>Time: 9:30 a.m.<br>Dept: A<br>Ctrm: 11 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>HONORABLE JENNIFER E. NIEMANN |

**NOTICE OF HEARING ON MOTION TO AVOID JUDICIAL LIEN OF CITIBANK, N.A. SUCCESSOR BY ACQUISITION OF DEPARTMENT STORES NATIONAL BANK**

1

TO CITIBANK, N.A. SUCCESSOR BY ACQUISITION OF DEPARTMENT STORES NATIONAL BANK:

NOTICE IS HEREBY GIVEN that on January 11, 2024 at 9:30 a.m. in Department A, courtroom 11, Roberto Huerta and Krystyna Maria Martinez, debtors in the above captioned proceeding, by and through their attorney, Peter B. Bunting, will move the Court for an Order avoiding the judicial lien held by Citibank, N.A. successor by acquisition of Department Stores National Bank and against debtors' real property located at 619 East Hopkins Avenue, Fresno, California 93706.

NOTICE IS ALSO GIVEN pursuant to Local Rules of Bankruptcy Procedure Rule 9014-1, that any opposition of the Motion must be served on the following addresses:

| | |
|---|---|
| Peter B. Bunting | Michael H. Meyer |
| Attorney at Law | Chapter 13 Trustee |
| 2304 W Shaw Ave Ste 103 | PO Box 28950 |
| Fresno CA 93711 | Fresno CA 93729-8950 |

and filed with the clerk of the court no less than fourteen (14) calendar days preceding the hearing date set forth above. Unless written opposition and supporting evidence are filed with the clerk and served on the movant's attorney at the address on the above-referenced caption, the court may resolve the matter without oral argument.

Unless otherwise ordered, all hearings before Judge Niemann are simultaneously: (1) IN PERSON in Courtroom #11 (Fresno hearings only), (2) via ZOOMGOV VIDEO, (3) via ZOOMGOV TELEPHONE, and (4) via COURTCALL. You may choose any of these options unless otherwise ordered. To appear via zoom gov video or zoom gov telephone for law

and motion or status conference proceedings, you must comply with the following new guidelines and procedures:

1. Review the Pre-Hearing Dispositions prior to appearing at the hearing.

2. Review the court's Zoom Policies and Procedures for these and additional instructions.

3. Parties appearing through CourtCall are encouraged to review the CourtCall Appearance Information.

      Anyone wishing to attend can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov, after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date:   NOV 2 7 2023                                /s/ Peter B. Bunting
                                                               PETER B. BUNTING
                                                               Attorney at Law