14

PETER B. BUNTING #124104
Attorney Names
2304 West Shave Avenue, Suite 103
Fresno, California 93711
Telephone 559.226.4030
Fax 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtors HUERTA/MARTINEZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| IN RE<br><br>ROBERTO HUERTA AND<br>KRYSTYNA MARIA MARTINEZ,<br><br>DEBTORS. | Chapter 13<br>Case No.: 23-12433A-13F<br>DC No. PBB-2<br><br>HEARING |
| ROBERTO HUERTA AND<br>KRYSTYNA MARIA MARTINEZ,<br><br><br>Movant,<br><br>vs.<br><br>CITIBANK, N.A. SUCCESSOR BY MERGER OF DEPARTMENT SOTRES NATIONAL BANK,<br><br>Respondent. | Date: January 11, 2024<br>Time: 9:30 a.m.<br>Dept: A<br>Ctrm: 11 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>HONORABLE JENNIFER E. NIEMANN |

**EXHIBITS TO DECLARATION OF ROBERTO HUERTA IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN OF CITIBANK, N.A. SUCCESSOR BY MERGER OF DEPARTMENT SOTORES NATIONAL BANK**

1

**EXHIBIT INDEX**

Exhibit "A" – Interspousal Transfer Grant Deed recorded October 24, 2016

Exhibit "B" – Page 1 of Schedule A/B

Exhibit "C"- Schedule D listing debtors' encumbrances against residence

Exhibit "D"- Abstract of Judgment recorded September 6, 2022 as document number 2022-0111379

Exhibit "E"- Schedule C

Date: NOV 2 7 2023

_/s/ Peter B. Bunting_
PETER B. BUNTING
Attorney at Law

2

**RECORDING REQUESTED BY:**
Fidelity National Title Company

FRESNO County Recorder
Paul Dictos, C.P.A.
DOC-
2016-0145938-00
Acct 3059-Fidelity National Title - Fresno
Monday, OCT 24, 2016 12:57:39
Ttl Pd $17.00   Rcpt # 0004642016
JJC/E1/1-3

**When Recorded Mail Document
and Tax Statement To:**
Roberto Huerta
619 East Hopkins Avenue
Fresno, CA 93706

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**Escrow Order No.:** FFOM-2011603886

Property Address: 619 East Hopkins Avenue,
 Fresno, CA 93706
APN/Parcel ID(s): 334-294-06

# INTERSPOUSAL TRANSFER DEED
(Excluded from reappraisal under California Constitution Article 13 A Section 1 et seq.)

**The undersigned grantor(s) declare(s)**

- ☑ This transfer is exempt from the documentary transfer tax.
    "is exempt from imposition of the Documentary Transfer Tax pursuant to Revenue and Taxation Code 11927(a), on transferring community, quasi-community, or quasi-marital property, assets between spouses, pursuant to a judgment, an order, or a written agreement between spouses in contemplation of any such judgment or order."
- ☐ The documentary transfer tax is $_____ and is computed on:
    - ☐ the full value of the interest or property conveyed.
    - ☐ the full value less the liens or encumbrances remaining thereon at the time of sale.

The property is located in ☑ an Unincorporated area of **Fresno.**

This is an Interspousal Transfer and not a change in ownership under Section 63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from reappraisal:

— A creation, transfer, or termination, solely between spouses, of any co-owner's interest.

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** Krystyna Martinez, wife of the Grantee herein

**hereby GRANT(S) to** Roberto Huerta, a married man as his sole and separate property

**the real property in the** Unincorporated Area of Fresno of the County of Fresno, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

The grantor is executing this instrument for the purpose of relinquishing all of grantor's rights, title and interest, including, but not limited to, any community property interest in and to the land described herein and placing title in the name of the grantee as his/her separate property.

EXHIBIT "A"
Page 3

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

## INTERSPOUSAL TRANSFER DEED
(continued)

APN/Parcel ID(s): 334-294-06

Dated: October 19, 2016

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

_____
Krystyna Martinez

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __CA__

On __10·19·16__ before me, __James Sweeten__, Notary Public,
(here insert name and title of the officer)

personally appeared __Krystyna Martinez__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature                                 (Seal)

JAMES SWEETEN
Commission # 2121287
Notary Public - California
Fresno County
My Comm. Expires Aug 26, 2019

Page 4

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

# EXHIBIT "A"
Legal Description

For APN/Parcel ID(s): 334-294-06

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA, COUNTY OF FRESNO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 14, TRACT NO. 1826, EASTON VILLAGE, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 20 PAGE 65 OF PLATS, RECORDS OF SAID COUNTY.

Page 5

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

Fill in this information to identify your case and this filing:

Debtor 1: **Roberto Huerta**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): **Krystyna Maria Martinez**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number: _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**619 E Hopkins Ave**
Street address, if available, or other description

**Fresno**  **CA**  **93706-0000**
City / State / ZIP Code

**Fresno**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$369,000.00**
Current value of the portion you own? **$369,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

■ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................=> **$369,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

EXHIBIT "B"
Page 6

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Roberto | | Huerta |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Krystyna | Maria | Martinez |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 | AmeriCredit/GM Financial<br>Creditor's Name | $39,567.10 | $29,569.00 | $9,998.10 |

Describe the property that secures the claim:

2018 Chevrolet Tahoe LS 93,000 miles
Location: 619 E Hopkins Ave, Fresno CA 93706

Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Perfected Lien against Motor Vehicle

Date debt was incurred   Opened 01/19 Last Active 2/03/23       Last 4 digits of account number   6771

EXHIBIT "C"
Page 7

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 4

| Debtor 1 | Roberto Huerta | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Krystyna Maria Martinez | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Department Stores National Bank Macys** | Describe the property that secures the claim: | $8,742.73 | $369,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 619 E Hopkins Ave Fresno, CA 93706  Fresno County | | | |

**Bankruptcy Processing
PO Box 8053
Mason, OH 45040**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **10/12/2022**    Last 4 digits of account number _____

| 2.3 | **Loancare LLC** | Describe the property that secures the claim: | $170,464.00 | $369,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 619 E Hopkins Ave Fresno, CA 93706  Fresno County | | | |

**3637 Sentara Way
Virginia Beach, VA 23452**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **1st Deed of Trust- Residence**

Date debt was incurred  **Opened 10/16 Last Active 03/23**    Last 4 digits of account number  **0751**

Page 8

Debtor 1  **Roberto Huerta**
Debtor 2  **Krystyna Maria Martinez**

Case number (if known) _____

### 2.4 Nissan Motor Acceptance Corp

Creditor's Name

Describe the property that secures the claim:

2018 Nissan Versa SV 24,750 miles
Title only, debtors did not pay any money towards the purchase of the vehicle.
Location: Luis Huerta 3333 E Lowe Fresno CA 93702

$5,782.00    $8,211.00    $0.00

Attn: Bankruptcy
Po Box 660366
Dallas, TX 75266

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Perfected Lien against Motor Vehicle

Date debt was incurred  Opened 09/18 Last Active 2/05/23

Last 4 digits of account number  0001

### 2.5 Wells Fargo Bank NA

Creditor's Name

1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

619 E Hopkins Ave Fresno, CA 93706  Fresno County

$0.00    $369,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  Opened 01/14 Last Active 02/20

Last 4 digits of account number  8708

Add the dollar value of your entries in Column A on this page. Write that number here:  **$224,555.83**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$224,555.83**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Page 9

| | | | |
|---|---|---|---|
| Debtor 1 | Roberto | | Huerta |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Krystyna | Maria | Martinez |
| | First Name | Middle Name | Last Name |

Case number (if known) _____

[ ] Name, Number, Street, City, State & Zip Code
**Department Stores National Bank Macys**
c/o Donald Sherrill, Esq.
Hunt & Henriques Attorney at Law
7017 Realm Dr
San Jose, CA 95119

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**Wells Fargo Bank NA**
c/o Jon O. Blanda, Esq.
3835 E Thousand Oaks Bl #R349
Thousand Oaks, CA 91362

On which line in Part 1 did you enter the creditor? __2.5__

Last 4 digits of account number ___

Page 10

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
HUNT & HENRIQUES, LLP

AND WHEN RECORDED MAIL TO:

HUNT & HENRIQUES, LLP
ATTORNEYS AT LAW
7017 REALM DRIVE
SAN JOSE CA 95119

2022-0145308
FRESNO County Recorder
Paul Dictos, CPA
Monday, Dec 05, 2022 09:39:49 AM
Titles: 1    Pages: 3
Fees:        $106.00
CA SB2 Fee:  $75.00
Taxes:       $0.00
Total:       $106.00
HUNT & HENRIQUES LLP

*THIS SPACE FOR RECORDERS USE ONLY*

## ABSTRACT OF JUDGMENT
(Please fill in document title(s) on this line)

EXHIBIT "D"
Page 11

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

| | EJ-001 |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Hunt & Henriques, LLP
Debt collection license application pending.
Donald Sherrill #266038
7017 Realm Drive, San José CA 95119
TEL NO.: (800) 680-2426    FAX NO. *(optional)*:
E-MAIL ADDRESS *(Optional)*:

[✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO**
STREET ADDRESS: 1130 O Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno CA 93721
BRANCH NAME: B.F. Sisk Courthouse

PLAINTIFF: Department Stores National Bank
DEFENDANT: ROBERTO HUERTA

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

CASE NUMBER: 22CECL02165
LIMITED

FOR COURT USE ONLY:
Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Roberto Huerta
      619 E Hopkins Ave
      Fresno CA 93706-5925
   b. Driver's license no. [last 4 digits] and state:    [✓] Unknown
   c. Social security no. [last 4 digits]: 2997    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Roberto Huerta — 619 E Hopkins Ave Fresno CA 93706

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Department Stores National Bank
   % Hunt & Henriques, LLP 7017 Realm Dr. San José CA 95119

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: October 14, 2022
Donald Sherrill SBN 266038
(TYPE OR PRINT NAME)                                (SIGNATURE OF APPLICANT OF ATTORNEY)

6. Total amount of judgment as entered or last renewed: $8,742.73
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: October 12, 2022
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an Installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL – Superior Court of California, County of Fresno]

This abstract issued on *(date)*: 11/15/2022

Clerk, by /s/ April Hoffman, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

DD0002NR                                Page 12                                1485705.001

Pursuant to CRC 2.259 this document has been electronically filed by the Superior Court of California, County of Fresno
On 11/15/2022 9:27:40 am by Deputy Clerk April Hoffman

2

| PLAINTIFF: Department Stores National Bank | COURT CASE NO.: |
|---|---|
| DEFENDANT: ROBERTO HUERTA | 22CECL02165 |

**NAMES AND ADRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFOMRATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Page 13

EJ-001 [Rev. July 1, 2014]
DD0002NR

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 2 of 2
1485705.001

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Roberto Huerta | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Krystyna Maria Martinez | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 619 E Hopkins Ave Fresno, CA 93706 Fresno County<br>Line from *Schedule A/B*: **1.1** | $369,000.00 | ■ $340,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2002 Honda Accord 190,000 miles Disabled, not used for 7 years, stored outside<br>Location: 619 E Hopkins Ave, Fresno CA 93706<br>Line from *Schedule A/B*: **3.2** | $623.00 | ■ $623.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 2012 Chevrolet Equinox 112000 miles<br>Line from *Schedule A/B*: **3.4** | $6,500.00 | ■ $6,877.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Household Goods and Furnishings Location: 619 E Hopkins Ave, Fresno CA 93706<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

EXHIBIT "E"
Page 14