| | |
|---|---|
| 1 | 5 |
| 2 | PETER B. BUNTING #124104 |
|   | Attorney Names |
| 3 | 2304 West Shave Avenue, Suite 103 |
|   | Fresno, California 93711 |
| 4 | Telephone 559.226.4030 |
|   | Fax 559.226.4148 |
| 5 | Email: info@peterbbuntinglaw.com |
| 6 | |
|   | Attorney for Debtors HUERTA/MARTINEZ |
| 7 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

IN RE

ROBERTO HUERTA AND
KRYSTYNA MARIA MARTINEZ,
    DEBTORS.
_____

ROBERTO HUERTA AND
KRYSTYNA MARIA MARTINEZ,

        Movant,
vs.

WELLS FARGO BANK, N.A.,

        Respondent.

Chapter 13
Case No.: 23-12433A-13F
DC No. PBB-3

HEARING

Date: January 11, 2024
Time: 9:30 a.m.
Dept: A
Ctrm: 11 (5th Floor)
United States Bankruptcy Court
2500 Tulare Street
Fresno, California 93721-1318

HONORABLE JENNIFER E. NIEMANN

**ORDER AVOIDING JUDICIAL LIEN OF
WELLS FARGO BANK, N.A.**

1

IT IS HEREBY ORDERED that the motion to avoid judicial lien of Wells Fargo Bank, N.A. in Official Records of Fresno County, California recorded on November 30, 2021 as document number 2021-0196177 and against real property located at 619 East Hopkins Avenue, Fresno, California 93706 situated in the City of Fresno, County of Fresno, State of California, and described as parcel number 334-294-06 and as follows:

> LOT 14, TRACT NO. 1826, EASTON VILLAGE, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 20 PAGE 65 OF PLATS, RECORDS OF SAID COUNTY.

is hereby granted. The judicial lien of Wells Fargo Bank, N.A. is avoided and canceled as to Roberto Huerta and Krystyna Maria Martinez. This order does not avoid the above-mentioned lien against any property except the real property described herein above.

IT IS FURTHER ORDERED that this order is binding only on the current interest holder who has received notice of the motion and on those taking title from such holder.

Dated: January 12 2024

*/s/ Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

6266608 WF024545

3

RECORDING REQUESTED BY

NAME: Collection At Law, Inc., A.P.C

WHEN RECORDED MAIL TO:

NAME: Collection At Law, Inc., A.P.C

ADDRESS: 3835 E. Thousand Oaks Blvd. #R349

CITY/STATE/ZIP: Westlake Village, CA 91362

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

**2021-0196177**
FRESNO County Recorder
Paul Dictos, CPA
Tuesday, Nov 30, 2021 09:25:46 AM
Titles: 1　　　Pages: 3
Fees:　　　　　　　$108.00
CA SB2 Fee:　　　　$75.00
Taxes:　　　　　　　$0.00
Total:　　　　　　　$108.00
COLLECTION AT LAW INC

(SPACE ABOVE FOR RECORDER'S USE)

Abstract of Judgment
**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to: |
| Jon O. Blanda, Esq. (State Bar #: 217222) |
| Collection at Law, Inc. |
| 3835 E. Thousand Oaks BL #R349, Westlake Village, CA 91362 |
| TEL (818) 716-7630    FAX NO. (818) 716-7775 |
| E-MAIL ADDRESS |
| [✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO
STREET ADDRESS: 1130 O Street
MAILING ADDRESS: 1130 O Street
CITY AND ZIP CODE: Fresno, CA, 93721
BRANCH: B. F. Sisk Courthouse

PLAINTIFF: Wells Fargo Bank, N.A.
DEFENDANT: ROBERTO HUERTA, an individual

**ABSTRACT OF JUDGMENT–CIVIL AND SMALL CLAIMS**    [ ] Amended

CASE NUMBER: 21CECL00724

*FOR COURT USE ONLY*

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      ROBERTO HUERTA, an individual
      619 E HOPKINS AVE,
      FRESNO CA 93706-5925
      ```
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: ***-**-2997 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      ROBERTO HUERTA, an individual
      619 E HOPKINS AVE, FRESNO CA 93706-5925

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Wells Fargo Bank, N.A.
   7000 Vista Drive, West Des Moines IA 50266

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: October 12, 2021
Jon O. Blanda, Esq.
(TYPE OR PRINT NAME)     (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $6,617.94
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* July 20, 2021
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [✓] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL — Superior Court of California, County of Fresno]

This abstract issued on *(date):* 10/22/2021

Clerk, by /s/ E. Meyer , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT–CIVIL

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

AND SMALL CLAIMS

| PLAINTIFF: Wells Fargo Bank, N.A. | COURT CASE NO.: |
|---|---|
| DEFENDANT: ROBERTO HUERTA, an individual | 21CECL00724 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.