```
 1  5
    PETER B. BUNTING #124104
 2  Attorney Names
 3  2304 West Shave Avenue, Suite 103
    Fresno, California 93711
 4  Telephone 559.226.4030
    Fax 559.226.4148
 5  Email: info@peterbbuntinglaw.com
 6
    Attorney for Debtors HUERTA/MARTINEZ
 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| IN RE<br><br>ROBERTO HUERTA AND<br>KRYSTYNA MARIA MARTINEZ,<br><br>DEBTORS. | Chapter 13<br>Case No.: 23-12433A-13F<br>DC No. PBB-2<br><br>HEARING<br><br>Date: January 11, 2024<br>Time: 9:30 a.m.<br>Dept: A<br>Ctrm: 11 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>HONORABLE JENNIFER E. NIEMANN |
| ROBERTO HUERTA AND<br>KRYSTYNA MARIA MARTINEZ,<br><br>        Movant,<br>vs.<br><br>CITIBANK, N.A. SUCCESSOR BY MERGER<br>OF DEPARTMETN STORES NATIONAL<br>BANK,<br><br>        Respondent. | |

**ORDER AVOIDING JUDICIAL LIEN OF**
**DEPARTMENT STORES NATIONAL BANK**

IT IS HEREBY ORDERED that the motion to avoid judicial lien of Capital One, N.A. successor by merger of Department Stores National Bank in Official Records of Fresno County, California recorded on December 5, 2022 as document number 2022-0145308 and against real property located at 619 East Hopkins Avenue, Fresno, California 93706 situated in the City of Fresno, County of Fresno, State of California, and described as parcel number 334-294-06 and as follows:

> LOT 14, TRACT NO. 1826, EASTON VILLAGE, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 20 PAGE 65 OF PLATS, RECORDS OF SAID COUNTY.

is hereby granted. The judicial lien of Capital One, N.A. successor by merger of Department Stores National Bank is avoided and canceled as to Roberto Huerta and Krystyna Maria Martinez. This order does not avoid the above-mentioned lien against any property except the real property described herein above.

IT IS FURTHER ORDERED that this order is binding only on the current interest holder who has received notice of the motion and on those taking title from such holder.

Dated: January 12 2024

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
HUNT & HENRIQUES, LLP

AND WHEN RECORDED MAIL TO:

HUNT & HENRIQUES, LLP
ATTORNEYS AT LAW
7017 REALM DRIVE
SAN JOSE CA 95119

3

2022-0145308
FRESNO County Recorder
Paul Dictos, CPA
Monday, Dec 05, 2022 09:39:49 AM
Titles: 1                Pages: 3
Fees:                    $108.00
CA SB2 Fee:              $75.00
Taxes:                   $0.00
Total:                   $108.00
HUNT & HENRIQUES LLP

*THIS SPACE FOR RECORDERS USE ONLY*

## ABSTRACT OF JUDGMENT
(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): |
|---|
| After recording, return to:<br>Hunt & Henriques, LLP<br>Debt collection license application pending.<br>Donald Sherrill #266038<br>7017 Realm Drive, San José CA 95119 |
| TEL NO.: (800) 680-2426　　FAX NO. (optional):<br>E-MAIL ADDRESS (Optional): |
| [✓] ATTORNEY FOR　[✓] JUDGMENT CREDITOR　[ ] ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO**
STREET ADDRESS: 1130 O Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno CA 93721
BRANCH NAME: B.F. Sisk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Department Stores National Bank
DEFENDANT: ROBERTO HUERTA

CASE NUMBER: 22CECL02165
LIMITED

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**　[ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [✓] judgment creditor　[ ] assignee of record applies for an abstract of judgment and represents the following:
    a. Judgment debtor's
        Name and last known address
        ```
        Roberto Huerta
        619 E Hopkins Ave
        Fresno CA 93706-5925
        ```
    b. Driver's license no. [last 4 digits] and state:　[✓] Unknown
    c. Social security no. [last 4 digits]: 2997　[ ] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
       Roberto Huerta — 619 E Hopkins Ave Fresno CA 93706

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Department Stores National Bank
   % Hunt & Henriques, LLP 7017 Realm Dr. San José CA 95119

   Date: October 14, 2022
   Donald Sherrill SBN 266038
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   (SIGNATURE OF APPLICANT OF ATTORNEY)

6. Total amount of judgment as entered or last renewed: $8,742.73
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): October 12, 2022
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An　[ ] execution lien　[ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL] Superior Court of California, County of Fresno

This abstract issued on (date): 11/15/2022

Clerk, by /s/ April Hoffman, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

DD0002NR　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1485705.001

Pursuant to CRC 2.259 this document has been electronically filed by the Superior Court of California, County of Fresno
On 11/15/2022 9:27:40 am by Deputy Clerk April Hoffman

2

| PLAINTIFF: Department Stores National Bank | COURT CASE NO.: |
|---|---|
| DEFENDANT: ROBERTO HUERTA | 22CECL02165 |

**NAMES AND ADRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFOMRATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:　☐ Unknown
Social security no. [last 4 digits]:　☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.